# IN THE NINTH COURT OF APPEALS

09-17-00371-CR

Robert Joseph Fountain

v.

The State of Texas

On Appeal from the
County Court at Law No 3 of Jefferson County, Texas
Trial Cause No. 310293

## <u>JUDGMENT</u>

THE NINTH COURT OF APPEALS, having considered this cause on appeal, concludes that the appeal should be dismissed. IT IS THEREFORE ORDERED, in accordance with the Court's opinion, that the appeal is dismissed.

Opinion of the Court delivered by Justice Leanne Johnson

May 16, 2018

## APPEAL DISMISSED

\*\*\*\*\*\*\*\*\*\*

Copies of this judgment and the Court's opinion are certified for observance.

Carol Anne Harley
Clerk of the Court